PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

The Western District of Pennsylvania

11-86 MJ

U.S.A. vs.   Justin Smith                    Docket No. 0314 1:08CR00423

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Justin Smith, who was placed under pretrial release supervision by the Honorable Lenihan, Lisa Pupo on the 9th day of February 2009, under the following conditions:

1. Maintain or actively seek employment.
2. Surrender passport and obtain no new passport.
3. Travel restricted to Middle and Western Districts of Pennsylvania.
4. Refrain from unlawful possession of narcotic drugs.
5. Report as soon as possible any contact with law enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant tested positive for morphine and hydromorphine on June 27, 2011. He also failed to report that he was charged with the crime of Bad Checks on June 16, 2011. The Court has already been notified of his previous arrest on March 15, 2011 for Possession with the Intent to Distribute Heroin.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of the releasee.

ORDER OF COURT

Considered and ordered this 25th day of July, 2011 and ordered filed and made a part of the records in the above case.

_____
Maurice B. Cohill
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/15/11

_____
MARK D. _____
U.S. Pretrial Services/Probation Officer

M. KOSLER FOR D. RICHARDS
Supervising U.S. Pretrial Services/Probation Officer

Place   WILLIAMSPORT, PA

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| United States of America | ) | | |
| v. | ) | | |
| Justin Smith | ) | Case No. | 1:08-CR-423 |
| Defendant | ) | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Justin Smith

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   x Order of the Court

This offense is briefly described as follows:

The Court has determined that the defendant has violated the conditions of Pretrial Supervision. The defendant tested positive for morphine and hydromorphine on June 27, 2011. He also failed to report that he was charged with the crime of Bad Checks on June 16, 2011.

Date: Sept. 6, 2011

*Issuing officer's signature*

City and state: Williamsport, PA

Cindy L. Hitesman/Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*